IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AMIGOS BRAVOS, COMMON GROUND
UNITED, NATURAL RESOURCES DEFENSE
COUNCIL, OIL AND GAS ACCOUNTABILITY
PROJECT, a project of Earthworks, SAN JUAN
CITIZENS ALLIANCE, and SOUTHWEST
ENVIRONMENTAL CENTER,

      Plaintiffs,

vs.                                                     No. CIV 09-37 RB/LFG

UNITED STATES BUREAU OF LAND
MANAGEMENT, LINDA S.C. RUNDELL,
in her official capacity as State Director of the
Bureau of Land Management, and KEN
SALAZAR, in his official capacity as Secretary
of the United States Department of the Interior,

      Defendants,

INDEPENDENT PETROLEUM
ASSOCIATION OF NEW MEXICO,

      Intervenor/Defendant.
_____

WILDEARTH GUARDIANS, DINÉ CARE,
and CARSON FOREST WATCH,

      Plaintiffs,

vs.                                                     No. CIV 09-414 WJ/LAM

UNITED STATES BUREAU OF LAND
MANAGEMENT and UNITED STATES
FOREST SERVICE,

      Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT
AND RECOMMENDATION ON MOTION TO CONSOLIDATE CASES**

THIS MATTER came before the Court on the Magistrate Judge's Report and Recommendation [Doc. 50 in Civ. 09-37 RB/LFG; Doc. 36 in Civ. 09-414 WJ/LAM] on Motion to

Consolidate Cases. No party filed objections and the deadline for doing so has passed. The Court accepts the analysis and recommended disposition.

IT IS THEREFORE ORDERED that the Report and Recommendation of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that Defendants' Motion to Consolidate Related Cases [Doc. 30 in Civ. 09-37 RB/LFG] is granted, that Cause Nos. Civ. 09-37 RB/LFG and Civ. 09-414 WJ/LAM be consolidated for all matters at issue in the two actions, and that all further pleadings in these matters be filed and docketed under Cause No. Civ. 09-37 RB/LFG. A new briefing schedule applicable to the consolidated cases will be issued by separate Order.

_____
ROBERT C. BRACK
UNITED STATES DISTRICT JUDGE