# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

_____

| | |
|---|---|
| AMIGOS BRAVOS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 6:09-cv-00037-RB-LFG |
| ) | |
| UNITED STATES BUREAU ) | |
| OF LAND MANAGEMENT, et al., ) | |
| ) | |
| Federal Defendants ) | |
| ) | |
| INDEPENDENT PETROLEUM ) | |
| ASSOCIATION OF NEW MEXICO, ) | |
| ) | |
| Intervenor-Defendant. ) | |

*consolidated with*

| | |
|---|---|
| WILDEARTH GUARDIANS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 6:09-cv-00414-RB-LFG |
| ) | |
| UNITED STATES BUREAU ) | |
| OF LAND MANAGEMENT and ) | |
| UNITED STATES FOREST SERVICE, ) | |
| ) | |
| Federal Defendants, ) | |
| ) | |
| INDEPENDENT PETROLEUM ) | |
| ASSOCIATION OF NEW MEXICO, ) | |
| ) | |
| Intervenor-Defendant, ) | |
| ) | |
| CONOCOPHILLIPS COMPANY, ) | |
| WILLIAMS PRODUCTION COMPANY, LLC, and ) | |
| ENERGEN RESOURCES CORP. ) | |
| ) | |
| Intervenor-Defendant. ) | |

## ORDER

**THIS MATTER** comes before the Court on Amigos Bravos et al.'s Motion to Supplement the Administrative Record (Doc. 105) in Case No. 6:09-cv-00037-RB-LFG (Climate Change Action). Amigos Bravos seek to supplement the administrative record to support their claim that, in approving two quarterly oil and gas lease sales, Federal Defendants did not properly account for oil and gas waste inefficiencies which contribute to climate change and thus violated federal law. (Doc. 105 at 2.) The Court having concluded that Plaintiffs lack standing in this case and having dismissed all claims raised in Plaintiffs' First Amended Complaint (Doc. 114), the Court hereby **DENIES** Amigos Bravos' Motion to Supplement the Administrative Record (Doc. 105) as **MOOT**.

_____
**ROBERT BRACK**
**UNITED STATES DISTRICT JUDGE**